In the Matter of the Application of the COMMISSIONER OF
PUBLIC WORKS OF THE CITY OF NEW YORK, Relative
to Acquiring Title to Land Required for the Construc-
tion of a Bridge over the Harlem River between One
Hundred and Twenty-fifth Street and First Avenue
and One Hundred and Thirty-fourth Street and Willis
Avenue.

The CITY OF NEW YORK, Appellant; GEORGE W.
WICKERSHAM et al., as Executors of MARY A. P.
DRAPER, Deceased, Respondents.

*Matter of Comr. of Public Works (Harlem River Bridge)*, 163
App. Div. 956, affirmed.
(Argued May 31, 1915; decided June 18, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 12, 1914, which affirmed an order of Special Term
confirming a report of commissioners in condemnation
proceedings. The question presented by the appeal as to
the award for final damage No. 14 is whether, in valuing
the remainder not taken, the commissioners had the
right to treat as a part of such remainder a lot held in
the same ownership fronting on a side street, adjoining
the rear of the lots from which final damage No. 14 was
taken off the front. The questions presented by the city's
appeal as to the award "for pier and beneficial use of
land under pier," situated on final damage No. 15, are
(1) that as the city was the owner of the fee title to the
land under water under the pier no award should have
been made therefor or for the pier itself; (2) in any event,
the respondent was not entitled to the whole of the award
of $12,850, which represents the value of the entire bene-
ficial use in perpetuity of the pier and the unincumbered
fee value of the land under water under the pier owned
by the city, and (3) there being a dispute between the
city and the claimant as to the ownership of the pier and
of the land under water under the pier, the award there-
for, if any, should have been made to unknown owners.

*Frank L. Polk, Corporation Counsel (Joel J. Squier* and *John J. Kearney* of counsel), for appellant.

*Merle I. St. John* for respondents.

*James A. Deering* for Swift & Company, as *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.